UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RADHA GEISMANN, M.D., P.C., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BE-THIN, INC., et al., )<br>)<br>Defendants. ) | Case No. 4:15CV00615 ERW |

## MEMORANDUM AND ORDER

This matter comes before the Court on Defendant Be-Thin, Inc.'s Motion to Transfer to the Southern District of New York [ECF No. 19].

By consent of the parties, this case is transferred to the Southern District of New York.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Be-Thin, Inc.'s Motion to Transfer to the Southern District of New York [ECF No. 19] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Be-Thin, Inc.'s Motion to Strike Class Allegations is held in abeyance pending the transfer of the case.

So Ordered this 20th day of May, 2015.

                                                    *E. Richard Webber*
                                                    _____
                                                    **E. RICHARD WEBBER**
                                                    **SENIOR UNITED STATES DISTRICT JUDGE**